IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3138 |
| vs. | |
| DANIEL ARGUETA-ESPINOZA, | ORDER |
| Defendant. | |

Upon notice that the government does not intend to appeal my release order,

IT IS ORDERED:

1) Defendant shall promptly be released from Marshal custody.

2) If later released from ICE custody, Defendant shall immediately and fully comply with the order setting conditions of release entered by this court on September 19, 2018.

3) The clerk shall immediately file this order and forward a copy to the Marshal.

Dated this 20th day of September, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge