IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CR3138 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL ARGUETA-ESPINOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's Unopposed Motion for Extension of Time (filing no. 53) is granted. Plaintiff's response to Defendant's Sentencing Statement shall be filed on or before June 10, 2019.

DATED this 7th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge